## George Wienhoeber, Plaintiff-Appellee, v. Marilyn Wienhoeber, Defendant-Appellant.

### Gen. No. 49,319.

First District, Second Division.
December 1, 1964.

Jerome Berkson, of Chicago (Edward Whitefield, of counsel), for appellant; Romano, Rice and O'Brien and Rinella and Rinella, all of Chicago (Frank J. Romano and Charles D. Snewind, of counsel), for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**